UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:

LON NEGRIN, FUSION S.A., and TOP OF            :
PRODUCTIONS, LLC
                                    Plaintiffs,   :              09 Civ. 6234 (LGS)
                                                  :
                 -against-                        :              MEMORANDUM AND
                                                  :                    ORDER
IRWIN KALINA, *et al.*                            :
                                    Defendants.   :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

     Before the Court is the Report and Recommendation of Magistrate Judge Kevin Fox

(Dkt. No. 114) ("Report"), recommending that the Plaintiff, Lon Negrin, be awarded damages in

the amount of $3,067,428.86.  For the reasons stated below, the Court adopts the Report in its

entirety.

     This breach of fiduciary duty case results from a failed joint venture and a fraud

perpetrated by Defendants which resulted in injury to the Plaintiff.  Default judgment was

entered on November 19, 2012 by District Judge Barbara Jones for an amount to be determined

by Magistrate Judge Fox.  A district court reviewing a magistrate judge's report and

recommendation "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  The district court

"may adopt those portions of the report to which no specific, written objection is made, as long

as the factual and legal bases supporting the findings and conclusions set forth in those sections

are not clearly erroneous or contrary to law."  *Adams v. New York State Dep't of Educ.*, 855 F.

Supp. 2d 205, 206 (S.D.N.Y. 2012) (internal quotation marks omitted) (citing Fed. R. Civ. P.

72(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   1/7/14

Having reviewed the Report, the Court finds that the factual and legal bases underlying the Report are not clearly erroneous or contrary to law.  Accordingly, the Court ADOPTS the Report in its entirety as the decision of the Court.  Damages are hereby awarded to Mr. Negrin in the amount of $3,067,428.86.

It is **ORDERED** that Default Judgment against Irwin Kalina, as Administrator of the Estate of Robert Kalina, is entered in the amount of $3,067,428.86.  The Clerk of Court is directed to terminate the case.


SO ORDERED.

Dated:  January 8, 2014
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE